UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOMO WILLIAMS, | |
| Plaintiff, | |
| -v- | CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC) |
| DOES, et al., | **ORDER** |
| Defendants. | |

**SARAH L. CAVE**, United States Magistrate Judge.

This action was referred to the undersigned for General Pretrial Supervision. (ECF No. 16). It is ORDERED as follows:

(1) Pro se Plaintiff Jomo Williams's requests at ECF No. 29 are **DENIED**.

(2) Williams's request for the United States Marshals Service ("USMS") to serve 106 summonses on foreign nations, government entities, companies, and unidentified John and Jane Does is **GRANTED in part and DENIED in part**. (ECF Nos. 24; 26). The USMS need only serve a summons and the Amended Complaint on those individuals identified as defendants in the operative pleading (ECF No. 18), which include Erlon Hodge, Theresa Daniel, and BSREP UA 3333 Broadway LLC. See Fed. R. Civ. P. 4.

(3) On or before **October 29, 2024**, Defendants shall respond to Williams's request to consolidate this case with Williams v. U.S., 24 Civ. 4769 (LTS) (S.D.N.Y. 2024). (See ECF No. 28).

The Clerk of Court is respectfully directed to close ECF No. 29.

Dated:        New York, New York
                October 15, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2