UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

          Plaintiff,

-v-

DOES, et al.,

          Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On October 12, 2024, pro se Plaintiff Jomo Williams filed yet another request, this time with the heading, "Order to Show Cause for Preliminary Injunction and Temporary Restraining Order[.]" (ECF No. 31). The Court received Williams's letter by mail on October 15, 2024. (Id.)

Although the heading suggests Williams seeks emergency injunctive relief, he merely repeats the same demands he made in prior filings, which the Court ultimately denied. (ECF Nos. 28–30). Moreover, to the extent Williams seeks a temporary restraining order, his request is **DENIED** for failure to comply with Federal Rule of Civil Procedure 65(b).

Dated:    New York, New York
          October 16, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge