UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

                Plaintiff,

-v-

DOES, et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court's Orders (ECF Nos. 30; 32) are **VACATED,** and an amended order addressing Plaintiff's requests (ECF Nos. 28–29; 31; 33) will be entered in due course.

Dated:     New York, New York
            October 28, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge