UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

                Plaintiff,

-v-

DOES, et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On October 25, 2024, Defendants filed a motion to dismiss the Amended Complaint with prejudice under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (ECF No. 37 (the "Motion")). Local Civil Rule 6.1(b) allows Plaintiff Jomo Williams 14 days, up to and including November 8, 2024, to file an opposition to the Motion. Williams has not filed an opposition. Rule 3.B. of Judge Engelmayer's Individual Rules and Practices in Civil Cases allows Williams 21 days after service of the Motion to amend his operative pleading, up to and including November 15, 2024. Williams has not amended the operative pleading after he was served with the Motion.

As a one-time courtesy, the Court sua sponte extends the deadline for Williams to file an opposition or otherwise respond to the Motion up to and including **November 20, 2024**.

Williams is warned that failure to file an opposition to the Motion or request an extension of time to do so by **November 20, 2024** will result in the Court ruling on the Motion based on the operative complaint and Defendants' submissions alone.

Dated:      New York, New York
               November 18, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge