UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

            Plaintiff,

-v-

DOES, et al.,

            Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court previously granted Plaintiff Jomo Williams's request for an extension of time to respond to Defendants' motion to dismiss up to and including December 20, 2024.  (ECF No. 47). Plaintiff is reminded that failure to file an opposition to the motion to dismiss by December 20, 2024 will result in the Court ruling on the motion to dismiss based on the operative complaint and Defendants' submissions alone.

Moreover, the Court held in abeyance Plaintiff's request for pro bono counsel until the pending motion to dismiss is decided.  (Id.)

The Clerk of Court is respectfully directed to close ECF Nos. 45 and 49.

Dated:    New York, New York
             December 11, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge