UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

                Plaintiff,

  -v-

DOES, et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiff's pending requests (ECF Nos. 54 & 55) are either not related to this action (they relate to another of Plaintiff's cases in this District) or were already ruled on or otherwise resolved. Accordingly, the requests are **DENIED**.

The December 27, 2024 deadline (ECF No. 52) for Plaintiff to file his opposition to the pending motion to dismiss (ECF No. 37 (the "Motion")) **remains in effect**. Plaintiff is again warned that failure to file an opposition to the Motion will result in the Court ruling on the Motion based on the operative complaint and Defendants' submissions alone.

The Clerk of Court is respectfully directed to close ECF Nos. 54 and 55.

Dated:     New York, New York
            December 27, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge