UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

        Plaintiff,

-v-

DOES, et al.,

        Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court deems Plaintiff's submission at ECF No. 60 to be his opposition to Defendants' pending motion to dismiss (ECF No. 37 (the "Motion")). On or before **January 13, 2025**, Defendants may file a reply in support of the Motion.

Dated:    New York, New York
             January 2, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge