UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

          Plaintiff,

-v-

DOES, et al.,

          Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The deadline for Defendants to respond to Plaintiff's requests for relief at ECF Nos. 74 and 75 is **HELD IN ABEYANCE** pending Judge Engelmayer's consideration of the undersigned's Report and Recommendations (ECF No. 71) and Plaintiff's objections thereto, if any.

Dated:     New York, New York
            February 12, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge