UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

        Plaintiff,

-v-

DOES, et al.,

        Defendants.

CIVIL ACTION NO.: 24 Civ. 4794 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The deadline for Defendants to respond to Plaintiff's request for relief at ECF No. 85 is **HELD IN ABEYANCE** pending Judge Engelmayer's consideration of the undersigned's Report and Recommendations (ECF No. 71) and Plaintiff's objections thereto.

Dated:    New York, New York
            March 4, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge