**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOMO WILLIAMS,

                Plaintiff,

    -against-                                     24 **CIVIL** 4794 (PAE)(SLC)

                                                          **<u>JUDGMENT</u>**

DOES et al.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 5, 2025, the Court has granted defendants' motion to dismiss in its entirety and this action is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       March 6, 2025

                                                          **TAMMI M. HELLWIG**
                                                          _____
                                                             **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                          _____
                                                            **Deputy Clerk**